IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MICHAEL O. PAULEY, et al.,

    Plaintiffs,

v.       CIVIL ACTION NO. 1:06-1034

BLUESTONE INDUSTRIES, INC., et al.,

    Defendants.

#### O R D E R

    Due to clerical error, it is necessary for this court to correct its Order entered April 24, 2008, amending the scheduling order in this case (Doc. No. 27). The April 24, 2008 Order mistakenly set the trial for 9:30 a.m. on September 15, 2008, instead of September 16, 2008. Accordingly, this court hereby RESCHEDULES the trial in this matter for September 16, 2008, at 9:30 a.m. in Bluefield, West Virginia.

    The Clerk is directed to mail a copy of this Order to counsel of record.

    It is SO ORDERED this 24th day of April, 2008

    ENTER:

    David A. Faber
    United States District Judge