IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

|  |  |
|---|---|
| **MICHAEL O. PAULEY, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| v. ) | **CIVIL ACTION NO: 1:06-1034** |
| ) | |
| **BLUESTONE INDUSTRIES, INC.;** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Pursuant to FRCivP 41(a)(1)(ii), plaintiffs hereby notify the Court that the parties have entered into a settlement agreement resolving all the issues presented in the complaint. The parties therefore stipulate that this case may be dismissed with prejudice as settled.

Dated: August 21, 2008.

| MICHAEL A. PAULEY, et al. | BLUESTONE INDUSTRIES, INC., et al. |
|---|---|
| Plaintiffs, by Counsel | Defendants, by Counsel |
| | |
| /s/ Bradley J. Pyles | /s/ Carl W. Roop |
| Bradley J. Pyles, State Bar No. 2998 | Carl W. Roop, State Bar No. 4823 |
| Pyles, Turner & Mick, LLP | Roop & Smith |
| P. O. Box 596 | 114 E. Main Street |
| Logan, WV 25601 | Beckley, WV 25801 |
| Telephone (304) 752-6000 | Telephone (304) 255-7113 |
| Fax (304) 756-3123 | Fax (304) 256-5984 |
| email brad.pyles@cphtlogan.com | rooprealestate@wvdsl.net |

Deborah Stern  
Associate General Counsel  
United Mine Workers of America  
8315 Lee Highway  
Fairfax, VA 22031-2215  
Telephone (703) 208-7138  
Fax (703) 208-7134  
email dstern@umwa.org  

Charles F. Donnelly  
Senior Staff Attorney  
United Mine Workers of America  
1300 Kanawha Blvd. E.  
Charleston, WV 25301  
Telephone (304) 346-0341  
Fax (304) 346-0353  
email cdonnelly@umwa.org  

Counsel for Plaintiffs  

John R. Woodrum  
Ogletree, Deakins, Nash,  
  Smoak & Stewart, P.C  
Fifth Floor  
2400 N Street, N.W.  
Washington, DC 20037  
Telephone (202) 887-0855  
Fax: (202) 887-0866  
john.woodrum@odnss.com  

Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

>Carl W. Roop, State Bar No. 4823
>Roop & Smith
>114 E. Main Street
>Beckley, WV 25801

The following were served by U. S. Mail and electronic mail:

>John R. Woodrum
>Ogletree Deakins
>5th Floor
>2400 N Street
>Washington DC 20037

/s/ Bradley J. Pyles
Bradley J. Pyles, State Bar #2998
Pyles, Turner & Mick, LLP
P. O. Box 596
Logan, WV 25601
Telephone (304) 752-6000
Fax (304) 756-3123
brad.pyles@cphtlogan.com